694 A.2d 1098

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Harold Hamman MARTIN, Respondent.**

**No. 126 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 21, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 1, 1997, it is hereby

ORDERED that HAROLD HAMMAN MARTIN be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.